IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SI03, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: 16-cv-274 |
| v. | ) | |
| | ) | Jury Trial Demanded |
| MUSCLEGEN RESEARCH INC. & DOES 1-10 | ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR ALIAS SUMMONS

    Service was attempted upon the Defendant, Musclegen Research Inc., at the address for the agent for service of process listed with the North Carolina Secretary of State, but the agent can no longer be found at that location.  See attached unsuccessful return of service.  Therefore, Plaintiff SI03, Inc. requests an alias summons be generated for:

        Musclegen Research, Inc.
        c/o Service of Process Agent
        NC Secretary of State
        PO Box 29622
        Raleigh, NC 27626-0622

To be served on the North Carolina Secretary of State in accordance with North Carolina law.

        Respectfully submitted,

Dated: December 6, 2016        /s/Nelson D. Nolte
        NOLTE LAW FIRM
        918 Pontoison Dr.
        Manchester, MO 63021
        Telephone: 314-966-6771

        Attorney for Plaintiff