AO 133  (Rev 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| SI03, INC. ) | |
| ) | |
| v. ) | Case No.: 16cv274 |
| MUSCLEGEN RESEARCH, INC., et al. ) | |
| ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __12/12/2017__ against __MuscleGen Research, Inc.__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ 400.00 |
| Fees for service of summons and subpoena ........................................... | 50.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ......................................... | |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| TOTAL | $ 450.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service    ☑ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: __Adam E. Gohn__

Name of Attorney: __Adam E. Gohn__

For: __SI03, Inc.__                                   Date: __12/15/2017__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __Four Hundred Fifty & No/100__ and included in the judgment.

__Gregory J. Linhares__  By: __Cathy Gould__                __1/9/18__
*Clerk of Court*              *Deputy Clerk*                  *Date*

Nolte

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, November 22, 2016 4:35 PM
**To:** Nelson Nolte
**Subject:** Pay.gov Payment Confirmation: MOED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Lori Rife at (314) 244-7810.

Application Name: MOED CM ECF
Pay.gov Tracking ID: 25V5I35K
Agency Tracking ID: 0865-5690273
Transaction Type: Sale
Transaction Date: Nov 22, 2016 5:35:21 PM

Account Holder Name: Nelson Nolte
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************4694

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



**LEGAL WHEELS**
P. O. Box 1144
Raleigh, NC 27602
(919) 836-2210

**Bill To:**

Nelson D. Nolte
Nolte Law Firm
918 Pontoison Dr.
Manchester, MO 63021

# Invoice

Date: 11/28/2016
Invoice #: 38085



**Ship To:**

| LW Job # | Requestor | Client/Matter | Terms |
|---|---|---|---|
| 5820 | N. Nolte | S103, Inc. | Due on receipt |

| Serviced | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/2016 | Non-service | Musclegen Research, Inc. | 1 | 50.00 | 50.00 |

| | |
|---|---|
| **Total** | $50.00 |
| **Payments/Credits** | -$50.00 |
| **Balance Due** | $0.00 |

Payment received after 30 days of receipt of invoice is subject to a monthly finance charge of 1.5%. Thank you for your business! Payments by credit card are subject to a 3% processing fee